DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ZAKARIA P. ABDELLAH BOUGGARNE,**
Appellant,

v.

**RAMBLEWOOD EAST CONDOMINIUM ASSOCIATION, INC.,
EMERGENCY TOWING, INC., 24-HOUR EMERGENCY TOWING, INC.**
d/b/a **EMERGENCY TOWING,** and **ROBERT SCHULMAN** d/b/a
**PARKING ENFORCEMENT,**
Appellees.

No. 4D2022-3322

[June 27, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McHugh, Judge; L.T. Case No. COCE21-062593.

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for appellant.

Ashley R. Tulloch of Frank, Weinberg & Black, P.L., Plantation, for appellee Ramblewood East Condominium Association, Inc.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***